[Civil No. 673.]

J. M. WARD, Appellant, v. FREDERICK BALSZ et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

Joseph H. Kibbey, Attorney for Appellant.

William A. Hancock, Attorney for Appellees.

January 31, 1899.  Dismissed.

---

[Criminal No. 130.]

L. T. SCOTT, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL. from the District Court of the Second Judicial District in and for the County of Gila.  F. M. Doan, Judge.

George J. Stoneman, C. T. Clark, and Owen T. Rouse, Attorneys for Appellant.

C. F. Ainsworth, Attorney-General, for Respondent.

February 2, 1899.  Dismissed.

---

[Civil No. 656.]

WILLIAM M. BILLUPS, Appellant, v. SETH J. JOHNSON et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for Maricopa County.  A. C. Baker, Judge.

R. E. Daggs, and A. J. Daggs, Attorneys for Appellant.

W. H. Stilwell, and Joseph Campbell, Attorneys for Appellees.

February 2, 1899.  Affirmed.